UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DARREN HANKERSON,

    Petitioner,

v.                                                       Case No. 5:13-cv-233-Oc-30PRL

WARDEN, FCC COLEMAN- MEDIUM,

    Respondent.
_____/

## ORDER OF DISMISSAL

Petitioner, *pro se*, initiated this case by filing a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Doc. 1). Petitioner is a federal prisoner at the Coleman Federal Correctional Complex within this district. Petitioner is challenging a conviction and sentence imposed in the Tampa Division of this Court. *See United States of America v. Hankerson*, case no. 8:98-cr-0210.

Petitioner attacks the validity of his sentence rather than the means of its execution. Petitioner has not sought relief with a motion to vacate his sentence under 28 U.S.C. § 2255. *See* Doc. 1, pg. 2; case no 8:98-cr-0210 at Doc. 113. Therefore, because the primary means of collaterally attacking a federal conviction and sentence is through a motion pursuant to 28 U.S.C. § 2255, this case will be **DISMISSED without prejudice**. The unavailability of relief under § 2255 because of a limitation bar, the prohibition against successive petitions,

or a procedural bar does not demonstrate that the § 2255 remedy is inadequate or ineffective. *Wofford v. Scott*, 177 F.3d 1236 (11th Cir. 1999).

Accordingly, the Clerk is directed to dismiss the case without prejudice, terminate any pending motions, and close the file.

**DONE** and **ORDERED** in Tampa, Florida on June 24, 2013.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
*Pro se* Petitioner