UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DARREN HANKERSON,

    Petitioner,

v.                                                      Case No. 5:13-cv-233-Oc-30PRL

WARDEN, FCC COLEMAN- MEDIUM,

    Respondent.

## ORDER

Petitioner, *pro se*, initiated this case by filing a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Doc. 1). In an order dated June 24, 2013, the Court dismissed this case without prejudice. See Doc. 3. Upon due consideration, Petitioner's Motion to Alter or Amend (Doc. 4) is without merit and is **DENIED**. Petitioner's Motion for Resolution of the Existing Question of the Court's Jurisdiction (Doc. 5) is also **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida on August 26, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE